Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:14-cv-01343---MJS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |
| v. | |
| JOSE LUIS PRADO, et al., | |
| Defendants. | |

TO THE HONORABLE MICHAEL J. SENG, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, December 4, 2014 at 10:30 AM. As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Jose Luis Prado, Jose A. Mendoza, and Roberto Prado, individually and d/b/a El Agave Night Club; and El Agave Night Club, an unknown business entity d/b/a El Agave Night Club. As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Thursday, December 4, 2014 at 10:30 AM.

Respectfully submitted

Dated: November 25, 2014

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2

### ORDER

3

    It is hereby ordered that the Initial Scheduling Conference in civil action number 1:14-cv-01343--

4

-MJS styled *J & J Sports Productions, Inc. v. Prado, et al.,* is hereby continued from 10:30 AM,

5

Thursday, December 4, 2014 to January 15, 2015 at 11:00 AM in Courtroom 6 (MJS) before

6

Magistrate Judge Michael J. Seng.

7

    Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of

8

Service of this Order with the Clerk of the Court.

9

10

IT IS SO ORDERED.

11

    Dated:   November 25, 2014        /s/ *Michael J. Seng*

12

                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28